UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                    CRIMINAL NO. 05-90039

v.

                                    HONORABLE LAWRENCE P. ZATKOFF

D-1 ROBERT LEWIS YOUNG, and
D-3 GEORGE ABRO

        Defendants
_____/

## **ORDER ADJOURNING TRIAL**

      This matter having come before the court upon the stipulation of the parties hereto and counsel for the United States and Defendants Young and Abro having advised the Court of the circumstances regarding the efforts to resolve the case short of trial, and the Court finding that extraordinary circumstances exist for the reasons set forth at length by the parties in the stipulation filed in connection with this order and that the interests of justice served by this delay outweigh the best interests of the defendants and the public in a speedy trial, and being otherwise fully advised, now therefore,

      **IT IS HEREBY ORDERED** that the final plea cut-off date is set for September 28, 2006, at 10:00 a.m.  THE COURT WILL NOT ACCEPT ANY PLEA BARGAINS RELATING TO LESSER CHARGES OR SENTENCE AGREEMENTS AFTER THIS DATE.

      **IT IS FURTHER ORDERED** that the trial date in the above matter, currently scheduled for August 17, 2006 is adjourned and re-scheduled for October 16, 2006 at 8:30 AM with jury selection to commence on October 12, 2006.

      **IT IS FURTHER ORDERED**, pursuant to 18 U.S.C. § 3161(h)(8)(A), that the time

period from the date of this order until October 12, 2006 shall constitute excludable delay and that the ends of justice served by this delay outweigh the best interests of the defendants and the public in a speedy trial.

                                              s/Lawrence P. Zatkoff
                                              LAWRENCE P. ZATKOFF
                                              UNITED STATES DISTRICT JUDGE

Dated: July 13, 2006

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of this Order was served upon the attorneys of record by electronic or U.S. mail on July 13, 2006.

                                              s/Marie E. Verlinde
                                              Case Manager
                                              (810) 984-3290