**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

                Plaintiff,

-vs-

D-3    GEORGE ABRO,

                Defendant.
_____/

CRIM. NO.  05-90039

HONORABLE LAWRENCE P. ZATKOFF

**ORDER PERMITTING**
**DEPOSITION OF WITNESS FOR TRIAL**

This matter having come before the Court upon the Motion of the Government and the Court having reviewed the Motion, Supporting Authority and Affidavit of Special Agent Ryan, and the Court having determined that exceptional circumstances exist and that the interests of justice require, now therefore

IT IS HEREBY ORDERED that the deposition of witness Jessica MacGregor may be taken on or after October 23, 2006 due to her unavailability to attend the trial of this matter scheduled for October 30, 2006.

IT IS FURTHER ORDERED that pursuant to FRCP 15(d) the United States will pay the reasonable travel and subsistence expenses of the defendant and his attorney to attend the deposition.

IT IS FURTHER ORDERED that the conditions of pretrial release for Defendant Abro are hereby modified to permit him to travel to Florida to attend the deposition of the witness indicated above.

s/Lawrence P. Zatkoff
LAWRENCE P. ZATKOFF
UNITED STATES DISTRICT JUDGE

Dated:  October 20, 2006

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of this Order was served upon the attorneys of record by electronic or U.S. mail on October 20, 2006.

s/Marie E. Verlinde
Case Manager
(810) 984-3290
